1047.　KENNEDY *v.* RUMBLE *et al.*

HILL, C. J.　Where a case is submitted to the decision of the trial judge
on the law and the facts, and the bill of exceptions sets out the evidence
and the judgment, and assigns error as follows: "To which ruling and
order the plaintiff excepted, now excepts, and assigns the same as error,"
the assignment of error, according to repeated rulings of, the Supreme
Court, is too general, and presents no question for consideration. The
assignment should have stated whether the judgment complained of was
contrary to law or contrary to evidence, or contrary to both. Civil
Code, § 5584; *Carter* v. *Jackson,* 115 *Ga.* 679 (42 S. E. 46) ; *Kimball* v.
*Williams,* 108 *Ga.* 812 (33 S. E. 994) ; *Wheeler* v. *Worley,* 110 *Ga.* 513
(35 S. E. 639) : *Collins* v. *Carr,* 111 *Ga.* 867 (36 S. E. 959), and cases
cited.　　　　　　　　　　　　　*Writ of error dismissed.*

Practice.　Motion to dismiss the writ of error.

Argued April 22,—Decided June 18, 1908.

*O. T. Lester, C. J. Lester, Persons & Persons,* for plaintiff in
error.　*B. H. Manry, Bloodworth & Bloodworth,* contra.